JOSEPH GOULD, Respondent, v. STEPHEN P. SULLIVAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present —Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLCOX AND GIBBS SEWING MACHINE COMPANY v. ARCADE MALLEABLE IRON COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 684.]

ROBERT I. BUCHHOLZ v. UNITED STATES FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 49.]

HERMAN WALLMAN v. NATHAN WOLFSON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See ante, p. 689.]

THE PEOPLE OF THE STATE OF NEW YORK EX REL. DUO BUILDING CORPORATION; KLEE CORPORATION, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York. MILTON M. GETTINGER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 683.]

MARY C. CROCETTI v. RENATO LEONARDI et al.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 663.]

MORRIS H. WEBER, as Administrator of the Estate of SYLVIA REGGES, Deceased, v. STERN BROTHERS.— Motion granted and the appeal set down for reargument on April 24, 1945. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See ante, p. 661.]

IRVING FINKELSTEIN, as Trustee in Bankruptcy of LOUIS WINOKUR, v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 662.]

In the Matter of QUEENS-NASSAU TRANSIT LINES, INC., against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 680.]

## (April 16, 1945.)

In the Matter of the Final Accounting of HARRY RODWIN et al., Successor Trustees to the President and Directors of the Manhattan Company, as Trustee under a Deed of Trust. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant, HARRY RODWIN et al., as Successor Trustees, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer and Dore, JJ.